IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>    Plaintiffs,<br><br>  v.<br><br>SILICON INTEGRATED SYSTEMS CORP.,<br><br>    Defendant.<br>_____/ | No. C 13-5882 CW<br><br>SCHEDULING ORDER |

On December 19, 2013 the Court denied without prejudice Defendant Silicon Integrated Systems Corporation's motion to dismiss Plaintiffs' amended complaint. The Court found that service had been properly effected and ordered a sixty-day period in which Plaintiff could take limited jurisdictional discovery. The Court further ordered that Plaintiff had one week following the expiration of that sixty-day period to serve a second amended complaint.

On March 6, 2014, the parties filed a stipulation seeking to stay this action pending the resolution of U.S. Ethernet Innovations, LLC v. Acer, Inc. et al, N.D. Cal. Case No. 10-3724 (USEI). The parties proposed that following the resolution of USEI, Plaintiff would have thirty days to complete the limited jurisdictional discovery previously ordered by the Court. The Court granted the stipulation on March 7, 2014.

On December 1, 2014, the Clerk of the Court entered judgment in USEI. Since that time, the parties have not made any filings in the above-captioned case. The Court hereby orders the parties

to complete the previously ordered limited jurisdictional discovery within thirty days of the date of this order.  Plaintiff shall have one week following the expiration of the thirty-day period to file an amended complaint.

IT IS SO ORDERED.

Dated: 05/08/2015

CLAUDIA WILKEN
United States District Judge